UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAUNDRA WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL SECURITY, )<br>)<br>Defendant. ) | No. 4:08CV1124 TIA |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Application for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The parties consented to the jurisdiction of undersigned pursuant to 28 U.S.C. § 636(c).

On September 29, 2009, the undersigned reversed and remanded Plaintiff's case to the Commissioner for further proceedings. Plaintiff now seeks attorney's fees in the amount of $1,434.66, which represents 8.3 hours of attorney work at the rate of $172.85 per hour. In EAJA actions, the district court has the authority to award reasonable and necessary expenses associated with adjudicating a claim for social security benefits. Kelly v. Bowen, 862 F.2d 1333, 1335 (8th Cir. 1988).

In the instant case, Defendant has filed a response stating that he has no objection to Plaintiff's request for an award of attorney's fees in the amount of $1,434.66. The undersigned thus finds that Plaintiff's attorney is entitled to attorney's fees in the amount requested. Ratliff v. Astrue, 540 F.3d 800, 802 (8th Cir. 2008). An appropriate Judgment will accompany this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act [Doc. #19] is **GRANTED**.

/s/ Terry I. Adelman  
UNITED STATES MAGISTRATE JUDGE

Dated this   8th    day of December, 2009.